Client: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK , NY 10165

| | |
|---|---|
| MISHELLE GARCIA | **Index Number:** 1:24-CV-04652 |
| *Plaintiff* | **Client's File No.:** garcia vs deja vu of sta |
| **vs** | **Court Date:** |
| DEJA VU OF STATEN ISLAND CORP., CARLOS DIAZ AND FERNANDO VIVANCO | |
| *Defendant* | **Date Filed:** 06/18/2024 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
FADE MASOUD, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 6/27/2024, at 12:38 PM at: **297 PORT RICHMOND AVE., STATEN ISLAND, NY 10302** Deponent served the within Summons in a Civil Action, COMPLAINT

On: **FERNANDO VIVANCO**, Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Amir Doe (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| | | | |
|---|---|---|---|
| Sex: Male | Color of skin: Tan | Color of hair: Black | Glasses: |
| Age: 35 | Height: 5ft 9in - 6ft 0in | Weight: 131-160 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
On 6/28/2024 deponent enclosed a copy of same in a postpaid envelope properly addressed to FERNANDO VIVANCO at 297 PORT RICHMOND AVE., STATEN ISLAND, NY 10302 [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

Sworn to before me on 6/28/2024

_____
DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified In Queens County
Term Expires, August 3, 2027

_____
FADE MASOUD
DCA License # 2087413

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*